IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT BIELER, | |
| Plaintiff, | **8:16CV47** |
| vs. | |
| CARDINAL HEALTH 200, LLC, | **JUDGMENT OF DISMISSAL** |
| Defendant. | |

Pursuant to the parties' stipulation for dismissal of this case, (Filing No. 31).

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant are dismissed with prejudice, the parties to pay their own costs and attorney fees.

Dated this 9th day of February, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge